UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALMIKI RAMANI,

                Plaintiff,

-against-

WARNER MUSIC GROUP CORP,

                Defendant.

25-CV-7053 (LTS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 21, 2024, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Ramani v. Haley*, No. 24-CV-5747 (LTS) (S.D.N.Y. Nov. 22, 2024), *appeal dismissed*, No.25-0050 (2d Cir. July 9, 2025).[1] Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the November 21, 2024 order.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    August 28, 2025
            New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                              Chief United States District Judge

---

[1] That order does not bar Plaintiff from filing an action with prepayment of the filing fees.